Case No.:08-80756-CR-HURLEY
Order Adopting Magistrate's Report and Recommendation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80756-CIV-HURLEY

**STEVEN CHINQUE and SOPHIA CHINQUE,**
    **plaintiffs,**

vs.

**PINE GROVE DEVELOPERS, LLC,**
    **defendant.**
_____/

ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION &
DENYING PLAINTIFF'S MOTION FOR CONTEMPT

**THIS CAUSE** is before the court upon plaintiff's motion for contempt against defendant Pine Grove Developers LLC for failure to comply with a prior court order compelling answers to interrogatories in aid of execution [DE# 16]. This matter was previously referred to United States Magistrate Judge James Hopkins for a recommended disposition. [DE# 17].

On March 15, 2010, Magistrate Judge Hopkins filed a report and recommendation [DE# 26] upon the motion. Neither party has filed objection to the report.

Having carefully reviewed the report, the court finds the determinations of Magistrate Judge Hopkins to be sound and well-reasoned and accordingly will adopt them here.

It is therefore **ORDERED** and **ADJUDGED:**

1. Magistrate Judge Hopkins March 15, 2010 report [DE# 26] is hereby **ADOPTED** and **INCORPORATED** in full.

2. The plaintiff's motion for contempt [DE# 26] is **DENIED**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 19th day of April, 2010.

                      Daniel T. K. Hurley
                      United States District Judge

Copies furnished to: all counsel